Court of San Juan, Section 1, in an action for recovery of a judgment debt. Motion by respondent for dismissal of the appeal. Decided November 24, 1914. Appeal dismissed for failure to file a transcript of the record in this court. *Mr. Artemio P. Rodríguez* for the respondent. *Mr. Ramón S. Pesquera for the appellants.*

---

No. 718. THE PEOPLE, PLAINTIFF AND RESPONDENT, *v.* PECUNIA; DEFENDANT AND APELLANT.—

No. 725. THE PEOPLE, PLAINTIFF AND RESPONDENT, *v.* ORTÍZ, DEFENDANT AND APPELLANT.—

Appeals from the District Court of Mayagüez, the first for violation of the Election Law and the second for contempt by committing perjury. Decided November 24, 1914. Judgments affirmed. *Mr. Salvador Mestre, fiscal,* for The People. The defendants did not appear.

---

No. 1186. SUCCESSORS OF L. VILLAMIL & CO., LIMITED, PLAINTIFFS AND APPELLANTS, *v.* SOLA, DEFENDANT AND RESPONDENT.—Appeal from the District Court of Humacao in foreclosure proceedings. Motion by Celestino Solá for dismissal of the appeal because of failure to serve him with a notice of the appeal although he was actually an interested party. Decided November 24, 1914. Motion overruled for the present without prejudice to a decision of the question when the case is submitted for the decision of the court, following the jurisprudence laid down in the cases of *Succession of Igaravidez et al.* v. *Succession of Gallart et al.,* 17 P. R. R,. 1166; *Succession of Igaravidez et al.* v. *Rubert Hermanos et al.,* 20 P. R. R., 145; *Candelas* v. *Ramírez,* 20 P. R. R., 31; and *Urriza* v. *Negrón, ante* page 418. *Mr. Hugh R. Francis* for the appellants. *Messrs. Carlos Buitrago* and *José Martínez Dávila* for Celestino Solá.